UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)
v. ) No. 1:25-cr-22-TRM/MJD
)
LARA KATE PETERSON )

## REPORT AND RECOMMENDATION

On February 20, 2026, this Court conducted a plea hearing pursuant to 28 U.S.C. § 636(b). At the hearing, Defendant moved to withdraw her not guilty plea to Count One of the Superseding Indictment and entered a plea of guilty to the lesser included offense of the charge in Count One of the Superseding Indictment, that is, conspiracy to distribute and possess with the intent to distribute five grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) (the "Lesser Included Offense") in exchange for the undertakings made by the Government in the written amended plea agreement [Doc. 70]. On the basis of the record made at the hearing, this Court finds: (1) Defendant is fully capable and competent to enter an informed plea; (2) Defendant made the plea knowingly and with full understanding of each of the rights she waived; (3) Defendant made the plea voluntarily and free from any force, threats, or promises, apart from the promises in the amended plea agreement; (4) Defendant understands the nature of the charge and penalties provided by law; and (5) the plea has a sufficient basis in fact.

Therefore, this Court **RECOMMENDS** Defendant's motion to withdraw her not guilty plea to Count One of the Superseding Indictment be granted, her plea of guilty to the Lesser Included Offense be accepted, the District Judge adjudicate Defendant guilty of the charges set forth in the Lesser Included Offense, and a decision on whether to accept the amended plea agreement [Doc. 70] be deferred until sentencing.

Pending before the Court is Defendant's Motion for Continued Release Pending Sentencing [Doc. 72], wherein counsel for Defendant requests that Defendant remain on bond pending sentencing to provide appropriate care for her nine-month-old child, who has a medical condition. It is undisputed that Defendant has complied with all terms of her conditions of release to date. Therefore, the Court **RECOMMENDS** Defendant remain on release on bond under appropriate conditions of release pending the Court's ruling on said Motion [Doc. 72]. Acceptance of the plea, adjudication of guilt, acceptance of the amended plea agreement [Doc. 70], and imposition of sentence are specifically reserved for the District Judge.

**ENTER**:

s/ _____

MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).

2