# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:25-cr-22 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| | ) | |
| LARA KATE PETERSON | ) | Magistrate Judge Mike Dumitru |

## ORDER

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea as to Count One of the Superseding Indictment; (2) accept Defendant's guilty plea to the lesser included offense of the charge in Count One of the Superseding Indictment, that is, conspiracy to distribute and possess with the intent to distribute five grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) (the "Lesser Included Offense"); (3) adjudicate Defendant guilty of the Lesser Included Offense; (4) defer a decision on whether to accept the amended plea agreement (Doc. 70) until sentencing; and (5) order that Defendant remain on release on bond under appropriate conditions of release pending the Court's ruling on Defendant's Motion for Continued Release Pending Sentencing (Doc. 72 (the "Motion")). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 81) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea as to Count One of the Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to the Lesser Included Offense is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of the Lesser Included Offense;

4. A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing;

5. Defendant **SHALL REMAIN** on release on bond under appropriate conditions of release pending the Court's ruling on Defendant's Motion (Doc. 72); and

6. Sentencing in this matter is scheduled to take place on **July 10, 2026, at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**